**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-00525-LTB

CHRISTOPHER HARRIS,

    Plaintiff,

    v.

JOHN L. KAMMERZELL, U.S. Marshal, In his Individual and Official Capacity,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The Complaint was voluntarily dismissed on March 17, 2011.  All pending motions are denied as moot.

Dated:  March 23, 2011